PROSPECT COAL CO., INC. (a Domestic Corporation), as Assignee of JASPER JOSEPH ARNAO, Appellant, v. COMMERCIAL CREDIT CORPORATION (a Domestic Corporation), Respondent.

Supreme Court, Appellate Term, First Department, January 15, 1937.

*Edward F. Kole*, for the appellant.

*Dills, Muecke & Schelker* [*Moses Golden* of counsel], for the respondent.

PER CURIAM. An assignment not otherwise shown invalid by a debtor to his judgment creditor of a credit in a bank account does not become invalid or subordinate to the claim of a prior judgment creditor who has merely served upon such bank a third-party order for examination in supplementary proceedings containing a restraining provision.

Order reversed, with ten dollars costs, and motion granted, with ten dollars costs.

All concur. Present — LYDON, HAMMER and FRANKENTHALER, JJ.